# EXHIBIT A
**(State Court Documents)**



# Notice of Service of Process

**LDD / ALL**
**Transmittal Number: 25927719**
**Date Processed: 11/21/2022**

| | |
|---|---|
| **Primary Contact:** | Heather McClow<br>Lowe's Companies, Inc.<br>1000 Lowes Blvd<br>Mooresville, NC 28117-8520 |
| **Entity:** | Lowe's Home Improvement, LLC<br>Entity ID Number  2515370 |
| **Entity Served:** | Lowe's Home Improvement |
| **Title of Action:** | Joseph Parsons vs. Lowe's Home Improvement |
| **Matter Name/ID:** | Joseph Parsons vs. Lowe's Home Improvement (13239649) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | York County Court of Common Pleas, SC |
| **Case/Reference No:** | 2022-CP-46-03492 |
| **Jurisdiction Served:** | South Carolina |
| **Date Served on CSC:** | 11/18/2022 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Client Direct |
| Sender Information: | Joseph Parsons<br>803-322-1228 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

| | |
|---|---|
| **From:** | Barr, Christy |
| **To:** | Legal |
| **Subject:** | Civil Action |
| **Date:** | Friday, November 18, 2022 3:27:07 PM |
| **Attachments:** | image2022-11-18-152333.pdf |
| | Outlook-Logo  Desc.png |

Please see attached paperwork. Customer dropped this off at the store.

Thank you,
Christy

**Christy Barr**
Store Manager | 1776 Lowe's Companies Inc.
Store: 803.684.1548

---

**From:** Lowes Document Scan <LexPrin@Lowes.com>
**Sent:** Friday, November 18, 2022 3:23 PM
**To:** Barr, Christy <christy.barr@store.lowes.com>
**Subject:** Scanned Document(s) Attached

Scanned Document(s) Attached

STATE OF SOUTH CAROLINA )
COUNTY OF York )
)
Joseph Parsons )
Plaintiff(s) )
)
vs. )
)
Lowe's Home Improvement )
Defendant(s) )

Submitted By: Joseph Parsons
Address: 2150 Bailes Rd.
York SC 29745

IN THE COURT OF COMMON PLEAS

CIVIL ACTION COVERSHEET

2022-CP-46-03492

SC Bar #: ___
Telephone #: ___
Fax #: ___
Other: ___
E-mail: ___

FILED-RECEIVED 2022 NOV 18 PM 3:__
DAVID HAMILTON C.C.C.P.&G.S. YORK COUNTY

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing cases that are NOT E-Filed. It must be filled out completely, signed, and dated. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint. This form is NOT required to be filed in E-Filed Cases.

DOCKETING INFORMATION (Check all that apply)
*If Action is Judgment/Settlement do not complete

☐ JURY TRIAL demanded in complaint.   ☑ NON-JURY TRIAL demanded in complaint.
☐ This case is subject to ARBITRATION pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is subject to MEDIATION pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is exempt from ADR. (Certificate Attached)

NATURE OF ACTION (Check One Box Below)

| Contracts | Torts - Professional Malpractice | Torts – Personal Injury | Real Property |
|---|---|---|---|
| ☐ Constructions (100) | ☐ Dental Malpractice (200) | ☐ Conversion (310) | ☐ Claim & Delivery (400) |
| ☐ Debt Collection (110) | ☐ Legal Malpractice (210) | ☐ Motor Vehicle Accident (320) | ☐ Condemnation (410) |
| ☐ General (130) | ☐ Medical Malpractice (220) | ☐ Premises Liability (330) | ☐ Foreclosure (420) |
| ☐ Breach of Contract (140) | Previous Notice of Intent Case # | ☐ Products Liability (340) | ☐ Mechanic's Lien (430) |
| ☐ Fraud/Bad Faith (150) | 20___-NI-___-___ | ☑ Personal Injury (350) | ☐ Partition (440) |
| ☐ Failure to Deliver/ Warranty (160) | ☐ Notice/ File Med Mal (230) | ☐ Wrongful Death (360) | ☐ Possession (450) |
| ☐ Employment Discrim (170) | ☐ Other (299) ___ | ☐ Assault/Battery (370) | ☐ Building Code Violation (460) |
| ☐ Employment (180) | | ☐ Slander/Libel (380) | ☐ Other (499) ___ |
| ☐ Other (199) ___ | | ☐ Other (399) ___ | |
| Inmate Petitions | Administrative Law/Relief | Judgments/Settlements | Appeals |
| ☐ PCR (500) | ☐ Reinstate Drv. License (800) | ☐ Death Settlement (700) | ☐ Arbitration (900) |
| ☐ Mandamus (520) | ☐ Judicial Review (810) | ☐ Foreign Judgment (710) | ☐ Magistrate-Civil (910) |
| ☐ Habeas Corpus (530) | ☐ Relief (820) | ☐ Magistrate's Judgment (720) | ☐ Magistrate-Criminal (920) |
| ☐ Other (599) | ☐ Permanent Injunction (830) | ☐ Minor Settlement (730) | ☐ Municipal (930) |
| | ☐ Forfeiture-Petition (840) | ☐ Transcript Judgment (740) | ☐ Probate Court (940) |
| | ☐ Forfeiture—Consent Order (850) | ☐ Lis Pendens (750) | ☐ SCDOT (950) |
| | ☐ Other (899) | ☐ Transfer of Structured Settlement Payment Rights Application (760) | ☐ Worker's Comp (960) |
| | | | ☐ Zoning Board (970) |
| | | | ☐ Public Service Comm. (990) |
| Special/Complex /Other | | ☐ Confession of Judgment (770) | ☐ Employment Security Comm (991) |
| ☐ Environmental (600) | ☐ Pharmaceuticals (630) | ☐ Petition for Workers Compensation Settlement Approval (780) | ☐ Other (999) |
| ☐ Automobile Arb. (610) | ☐ Unfair Trade Practices (640) | | |
| ☐ Medical (620) | ☐ Out-of-State Depositions (650) | ☐ Incapacitated Adult Settlement (790) | |
| ☐ Other (699) ___ | ☐ Motion to Quash Subpoena in an Out-of-County Action (660) | ☐ Other (799) ___ | |
| ☐ Sexual Predator (510) | ☐ Pre-Suit Discovery (670) | | |
| ☐ Permanent Restraining Order (680) | | | |
| ☐ Interpleader (690) | | | |

Submitting Party Signature: Joseph Parsons        Date: 11-18-2022

SCCA / 234 (04/2021)                                   Page 1 of 2

STATE OF SOUTH CAROLINA, )
COUNTY OF York )   IN THE COURT OF COMMON PLEAS
)
Joseph Parsons   Plaintiff, )
)   SUMMONS
vs. )   2022CP4603492
Lowe's Home Improvements )   FILE NO.
Defendant. )

FILED-RECEIVED
2022 NOV 18 PM 3:05
DAVID HAMILTON
C.C.C.P. & GS
YORK COUNTY, SC

TO THE DEFENDANT ABOVE-NAMED:

YOU ARE HEREBY SUMMONED and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service; and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

, South Carolina

Dated: 11-18-2022

_Joseph Parsons_
Plaintiff/Attorney for Plaintiff

Address: 2150 Bailes Rd
York SC 29745

803-322-1228

SCCA 401 (5/02)

Statement of South Carolina

County of York                    Complaint

Joseph Parsons  Plantiff          2022CP4603492

vs.

Lowe's Home Improvement

                Defendant

FILED-RECEIVED
2022 NOV 18 PM 3:05
DAVID HAMILTON
C.C.P. & GS
YORK COUNTY SC

## Statement of Facts

① On November 20, 2019, Lowe's dumbed a stack of wood over onto my leg, bending my knee backward and smashing my foot

② When the wood struck my knee, it burst my meniscus sack under my knee, made my foot turn yellow ~~and~~ and black, creating verrucose veins in my right leg

③ I went that day and had X-rays on my knee and foot

④ The doctor told me I had a knee of a twenty year old.

⑤ I walked three miles a day, every day, now I can't.

6. I have trouble getting up and down now, and now I walk with a limp.

7. I live now with constant pain in my right leg

8. When the manager went over to where I was injured I showed him that the forktruck was not all the way under the wood and when they cut the band holding the wood together, it feel over on me.

9. The manager told me that they have extensions just for loads like that, that fit on the forktruck, but the operater had not used them, they were in a hurry, and that is why it feel on me.

(10) The manager told me that day that they would pay for my hospital bills, because he knew it was there fault.

(11) The doctor told me my knee needed surgery, and that it would take a long time to heal.

(12) Lowes has offered me 4,900.00 dollars, I didn't think that was fair, for what they had done to me.

(13) I am sueing for pain and suffering, negligents, and ~~scratched~~ ~~scratched~~ unpaid hospital bills.

(14) Osha was never notified about the incident that I know of.

(15) I was not able to work for six weeks.

(16) Now I only work four hours a day and have to get off my leg.

(17) My knee cap ~~continue~~ continues to swell when I walk and builds up pressure under my knee.

(18) The incident happened at 1010 East Liberty St. York SC 29745 at Lowes, on Nov 19, 2019.

Joseph Parsons
2150 Bailes Rd.
York SC 29745
803-322-1228